IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JONATHAN C. DAVIS,             *
                               *
     Plaintiff,                *
                               *
v.                             *     CV 322-145
                               *
TELFAIR COUNTY, et al.,        *
                               *
     Defendants.               *

O R D E R

On September 26, 2023, Plaintiff Jonathan C. Davis filed a Stipulation of Dismissal with respect to his claims against Defendants Dr. Baruti, Dr. Goberdahn, and the Southland Medical Group, LLC. The Stipulation of Dismissal is signed by counsel for these Defendants. Accordingly, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendants Dr. Baruti, Dr. Goberdahn, and the Southland Medical Group, LLC, in this matter are **DISMISSED WITH PREJUDICE**; each party shall bear their own costs. Administratively, the Clerk shall **TERMINATE** only these named Defendants from the record of the case. Moreover, the Clerk shall **TERMINATE AS MOOT** the motions to dismiss filed by each of these Defendants (doc. nos. 50-52) and the consent

motion to stay consideration of the dismissal motions (doc. no. 67).

**ORDER ENTERED** at Augusta, Georgia, this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE