Filed
Clerk of Court
United States District Court
By Morgan Akins
On: 10/29/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| **JONATHAN C. DAVIS,** | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | **Case No. CV 322-145** |
| | ) | **Appeal No. 25-12765-E** |
| **v.** | ) | |
| | ) | |
| **TELFAIR COUNTY, et al.,** | ) | |
| | ) | |
| **Defendant - Appellee.** | ) | |

**O R D E R**

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 29th day of October 2026.

**HONORABLE DUDLEY H. BOWEN, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**